E.R. SQUIBB & SONS, INC. v. AMERICAN NATIONAL
RED CROSS.

September 20, 1983.

Cross-petition for certification denied.

SKUNK HOLLOW CORPORATION v. INSURANCE COMPANY
OF NORTH AMERICA.

September 20, 1983.

Petition for certification denied.

MARJORIE L. HIERS v. INSURANCE COMPANY OF
NORTH AMERICA.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SUTTON.

September 20, 1983.

Petition for certification denied.